ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

JUN - 5 2013

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA  :
                          :
v.                        :  CRIMINAL ACTION
                          :  NO. 1:12-CR-355-ODE-JFK
MYRON ANTHWAN IRBY        :

GOVERNMENT'S MOTION FOR LEAVE TO FILE DISMISSAL

It appearing in the above-styled case that, given that defendant pleaded guilty to a related Information in Case Number 1:13-CR-064-ODE, the Indictment filed in this case on October 23, 2012, charging violations of Title 18, United States Code, Section 1591(a), is hereby dismissed as to MYRON ANTHWAN IRBY and Movant prays leave of Court to file the same.

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

By: _____
NEKIA S. HACKWORTH
ASSISTANT U.S. ATTORNEY
Phone: (404) 581-6196
Fax:   (404) 581-6181
Georgia Bar No. 394110

Consented to by Defendant
[F.R.Crim.P. Rule 48(a)]

ORDER

Now, to-wit, on the __5__ day of __June__, 2013, upon motion of the United States Attorney, leave to file the above dismissal is granted on such terms as are contained in the Government's motion herein above.

_____
ORINDA D. EVANS
UNITED STATES DISTRICT JUDGE